# EXHIBIT D – ALEX GRABER DEPOSITION

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION

 3    JHOSTIN QUINONES,           )    Civil Action No.
                                  )    1:24-CV-01319
 4       Plaintiff,               )
                                  )
 5    v.                          )
                                  )
 6    FLOCK GROUP, INC.,          )
                                  )
 7       Defendant.               )
      _____)
 8

 9

10

11

12

13

14

15

16            The Videoconference Deposition of

17                       Alex Graber

18                 (Taken by The Plaintiff)

19                    Conducted Remotely

20                    November 20, 2024

21
          Reported by:  Jacqueline Frazier
22                      Certified Court Reporter
                        Georgia
23                      License No. 5465-2647-6265-0624

24

25
```

Page 2

1  STATE OF GEORGIA
2  COUNTY OF GWINNETT
3  VIDEOCONFERENCE DEPOSITION OF ALEX GRABER
4
5       Pursuant to Article 8.B of the RULES AND
6  REGULATIONS OF THE BOARD OF COURT REPORTING OF THE
7  JUDICIAL COUNCIL OF GEORGIA, I make the following
8  disclosure:
9
10       I am a Georgia Certified Court Reporter.  I
11 am here as a representative of Huseby Global
12 Litigation.
13
14       Huseby Global Litigation was contacted by
15 the offices of THE WORKERS' FIRM, to provide court
16 reporting services for this deposition.  Huseby Global
17 Litigation will not be taking this deposition by
18 O.C.G.A. 15-14-37 (a) and (b).

Page 4

1                INDEX TO EXAMINATIONS
2
3  Examination by Mr. Reid..............................5
4
5  Certificate of Reporter.............................15
6
7                 INDEX TO EXHIBITS
8  Exhibit          Description                     Page
9                    None Marked.

Page 3

1            A P P E A R A N C E S
2
3  ON BEHALF OF THE PLAINTIFF:
4      PATRICK REID - videoconference
       ATTORNEY AT LAW
5      THE WORKERS' FIRM
       7000 CENTRAL PARKWAY
6      SUITE 1100
       ATLANTA, GEORGIA   30328
7      patrick@theworkersfirm.com
8
9  ON BEHALF OF THE DEFENDANT:
10     ADAM KEATING - videoconference
       ZACHARY MCCORMACK - videoconference
11     ATTORNEYS AT LAW
       DUANE MORRIS, LLP
12     1075 PEACHTREE STREET, NE
       SUITE 1700
13     ATLANTA, GEORGIA   30309
       akeating@duanemorris.com
14     zmccormack@duanemorris.com
15
16
17
18
19
20                      - - -
21     The Videoconference Deposition of Alex Graber,
22 taken by the Plaintiff, Conducted Remotely, on the 20th
23 day of November 2024, at 3:32 p.m., before Jacqueline
24 Frazier, Certified Court Reporter.
25

Page 5

1                  P R O C E E D I N G S
2                         - - -
3       (Whereupon, the videoconference deposition of Alex
4  Graber commenced at 3:32 p.m. on November 20, 2024.)
5          (Whereupon, the Zoom recording feature
6       was turned on.)
7          (It was stipulated by all counsel
8       present that the court reporter is
9       authorized to swear the witness remotely.)
10         (Whereupon, the witness was sworn in.)
11              ALEX GRABER,
12 having been duly sworn, was deposed and examined as
13 follows:
14                      EXAMINATION
15 BY MR. REID:
16     Q    Hey, Mr. Graber, so there's just a couple of
17 things that we always do for housekeeping as lawyers,
18 but the first question is:  Is there any reason that
19 you'd be inhibited from testifying truthfully and
20 accurately today?
21     A    No.
22     Q    Okay.  And then the court reporter just sworn
23 you in, so she's taking -- this should be pretty short,
24 but she's taking down what you and I are saying, and so
25 can you agree on -- look, just try not to interrupt me,

Page 6

1  and I'll not -- try to do my best to do the same?
2  A  Yes.
3  Q  Okay. What did you do to prepare for your
4  deposition today?
5  A  I attended a deposition preparation session
6  with Zach.
7  Q  Okay. And I don't want to know anything that
8  you guys talked about.
9     Did you review any documents, though?
10 A  No.
11 Q  Okay. Do you know what this case is about?
12 A  Limitedly, yes.
13 Q  Okay. What do you know?
14 A  I know that the -- or the plaintiff is
15 Jhostin Quinones who I believe had a different last
16 name at Flock that I knew, and that he had some issues
17 with his former supervisor or manager, and that's the
18 extent of it.
19 Q  Okay. And do you know him as Johnston Nunez?
20 A  I think that sounds familiar.
21 Q  Okay. And do you recall -- what was your
22 relationship to Mr. Quinones during his employment at
23 Flock?
24 A  We worked for the same company. That's about
25 it.

Page 7

1  Q  Okay. So you really didn't interact with him
2  very much?
3  A  Minimally.
4  Q  Okay. How often would you say you interacted
5  with him?
6  A  Once a month perhaps.
7  Q  Okay. What's your position at Flock?
8  A  I'm a customer success manager.
9  Q  Okay. Were you a customer success manager in
10 November 2023?
11 A  Yes.
12 Q  Okay. We've had many people talk about
13 the -- what a customer success manager does, but could
14 you explain for me in your own words what a customer
15 success manager is?
16 A  Sure. So my role as a customer success
17 manager is to build relationships with my local
18 business, provide training, discuss new features, and
19 ultimately introduce new products as well, retaining
20 revenue, and growing revenue.
21 Q  Got it.
22    Who is your boss?
23 A  Ellen Ziegler.
24 Q  Okay. Has your boss ever been Brian Barnard?
25 A  No.

Page 8

1  Q  Okay. What was -- Mr. Quinones's team has
2  been, you know, described a couple of different ways.
3     If I said device support team, would you know
4  what I'm talking about?
5  A  Please repeat the name of the team.
6  Q  Device support.
7  A  That could have a couple of different
8  meanings to me.
9  Q  Okay. What would -- what did you know Mr. --
10 what team did you know, if any, Mr. Quinones to be on
11 during his employment?
12 A  QA deployment engineers.
13 Q  Okay. And what was your -- what is your
14 team -- your job -- well, what is your relationship to
15 that team?
16 A  Currently, no relationship.
17 Q  Okay. Got it.
18    What was your relationship with that team in
19 November of 2023?
20 A  At that time, also no relationship.
21 Q  Okay. What about in April of 2023?
22 A  The QA deployment engineers were a team that
23 the customer experience team, which I was a part of at
24 that time, did interact with -- for hardware and
25 software support as it pertained to various languages.

Page 9

1  Q  So how would that happen, like -- and let me
2  give you an example of what I understand it to be.
3     That a customer would come to your team with
4  a complaint about a camera or some device, and then
5  y'all would forward that and try and get it solved by
6  Mr. Quinones's team?
7  A  That's correct. We would create a case in
8  Salesforce, which is a system that his team was also
9  connected to. And it was his team's job to either
10 resolve that case remotely or create a work order for a
11 field technician to handle.
12 Q  Got it. Okay. Let me look at one thing
13 here.
14    And you had no involvement in Mr. Quinones's
15 termination, did you?
16 A  I had no involvement.
17 Q  Okay. Just bear with me.
18    Now, do you recall anything about
19 Mr. Quinones's performance?
20 A  In terms of my opinion of it?
21 Q  Yep.
22 A  Yes.
23 Q  Okay. What is your -- what was your opinion
24 of it?
25 A  My opinion of his performance at Flock was

Page 10

1 that he had an inability to conform to cultural norms
2 in regards to communication expectations.
3    Q    In what specifically?
4    A    A lack of follow-up.
5    Q    Okay.  And so I think your team would tag at
6 QA appointment engineers, and then whoever was supposed
7 to be in charge that day was supposed to respond,
8 right?
9    A    That's correct, or in general, who the case
10 owner was for that particular case.
11   Q    Okay.  Did you relay any concerns about
12 Mr. Quinones's performance to anyone else?
13   A    Yes.
14   Q    Who was that?
15   A    I don't remember.
16   Q    Okay.  Could it have been Omar Lodge?
17   A    Potentially but unlikely.
18   Q    Okay.  Who do you think it could be -- would
19 be most likely?
20   A    It most likely would have been my direct
21 manager or lead.
22   Q    Which was who?
23   A    My manager was Adam Rabinowitz, and the
24 customer experience lead was Danny Hammond.
25   Q    Okay.  And what -- I'm sure it's probably the

Page 11

1 exact same thing you just told me, but what did you
2 relate to that?
3    A    The cases were not getting resolved in a
4 timely matter that aligned with our company norm,
5 customer expectations.  Essentially, I needed those
6 cases resolved in order to do my job.
7    Q    Got it.
8         And you don't know what, if any, follow-up
9 occurred after that, right?
10   A    Not that I remember.
11   Q    Okay.  And after Mr. Quinones was terminated,
12 did you hear anything about his termination?
13   A    No.
14   Q    Okay.  And then, yeah, I don't like asking
15 questions like this.  It sounds very odd.  But
16 because -- what -- because of the type of case this is,
17 I have to do it.
18        Do you know Mr. Lodge, Omar Lodge?
19   A    I know of him.
20   Q    Okay.  Would you have any facts or
21 information that would allow you to form an opinion as
22 to Mr. Lodge's sexuality?
23   A    No.
24        MR. REID:  Okay.  That's all I have for
25   you, Mr. Graber.

Page 12

1    MR. KEATING:  No questions for me, Alex.
2    Thank you, Alex.
3    THE WITNESS:  All right.  Thank you.
4    (Whereupon, the Zoom recording feature
5 was turned off.)
6                    - - -
7    (The videoconference deposition
8 concluded at 3:40 p.m.)

Page 13

1            E R R A T A   S H E E T
2    I have read the within and foregoing pages
3 and no changes are required.
4    This, the _____ day of _____,
5 2024.
6
7    I have read the within and foregoing pages
8 and the following changes are required:
9 Page _____ Line _____:
10 _____
11 Reason:
12 _____
13 Page _____ Line _____:
14 _____
15 Reason:
16 _____
17 Page _____ Line _____:
18 _____
19 Reason:
20 _____
21    This, the _____ day of _____, 2024.
22 Sworn to and subscribed before me,
23 this _____ day of _____, 2024.
24 _____
25 Notary Public, Georgia

Page 14

```
 1                    DISCLOSURE
 2   STATE OF GEORGIA)
 3   COUNTY OF GWINNETT)
 4        Pursuant to Article 10.B of the RULES AND
 5   REGULATIONS OF THE BOARD OF COURT REPORTING OF THE
 6   JUDICIAL COUNCIL OF GEORGIA, I make the following
 7   disclosure:
 8        I am a Court Reporter and an independent
 9   contractor.
10        I was contacted to provide court reporting
11   services for this deposition.  I will not be taking
12   this deposition under any contract that is prohibited
13   by the O.C.G.A. 15-14-37(a) and (b).  I have no
14   contract/agreement to provide court reporting services
15   with any party to the case, any counsel in the case.
16        I am not disqualified for interest, personal or
17   financial, under O.C.G.A. 9-11-28(c).
18        I will charge my usual and customary rates to all
19   parties in the case.
20        This the 20th day of November 2024.
21   /s/ Jacqueline Frazier
22   Jacqueline Frazier
23   Court Reporter
24   Certificate Number 5465-2647-6265-0624
25
```

Page 15

```
 1                    CERTIFICATE
 2   STATE OF GEORGIA)
 3   COUNTY OF GWINNETT)
 4
 5        I, Jacqueline Frazier, Court Reporter,
 6   certify that the foregoing transcript is a true,
 7   correct, and complete record of the testimony given by
 8   the deponent, ALEX GRABER, who was first duly sworn by
 9   me; that I am not a relative, employee, attorney or
10   counsel of any of the parties; am not a relative or
11   attorney or counsel for any parties; nor financially
12   interested in the action; that the said deponent and
13   counsel in the presence of each other and before me did
14   not waive the reading and signing of the deposition;
15   and the original deposition under seal shall be filed
16   with the Court by the attorney taking the deposition.
17           WITNESS my hand and seal at Suwanee,
18   Gwinnett County, Georgia, this the 20th day of November
19   2024.
20
21   /s/ Jacqueline Frazier
22   Jacqueline Frazier
23   CR No. 5465-2647-6265-0624
24   CCR Seal
25
```

**2**

20        5:4
2023      7:10
  8:19,21
2024      5:4

**3**

3:32      5:4
3:40     12:8

**A**

accurately
  5:20
Adam     10:23
agree     5:25
Alex      5:3,11
  12:1,2
aligned  11:4
appointment
  10:6
April     8:21
attended  6:5
authorized 5:9

**B**

Barnard   7:24
bear      9:17
boss      7:22,24
Brian     7:24

build     7:17
business  7:18

**C**

camera    9:4
case      6:11
  9:7,10 10:9,
  10 11:16
cases    11:3,6
charge   10:7
commenced 5:4
communication
  10:2
company   6:24
  11:4
complaint 9:4
concerns 10:11
concluded 12:8
conform  10:1
connected 9:9
correct   9:7
  10:9
counsel   5:7
couple    5:16
  8:2,7
court     5:8,22
create    9:7,10
cultural 10:1
customer  7:8,
  9,13,14,16

  8:23 9:3
  10:24 11:5

**D**

Danny    10:24
day      10:7
deployment
  8:12,22
deposed   5:12
deposition 5:3
  6:4,5 12:7
device    8:3,6
  9:4
direct   10:20
discuss   7:18
documents 6:9
duly      5:12

**E**

Ellen     7:23
employment
  6:22 8:11
engineers
  8:12,22 10:6
Essentially
  11:5
exact    11:1
EXAMINATION
  5:14
examined  5:12

expectations
  10:2 11:5
experience
  8:23 10:24
explain   7:14
extent    6:18

**F**

facts    11:20
familiar  6:20
feature   5:5
  12:4
features  7:18
field     9:11
Flock     6:16,23
  7:7 9:25
follow-up 10:4
  11:8
form     11:21
forward   9:5

**G**

general  10:9
give      9:2
Graber    5:4,11,
  16 11:25
growing   7:20
guys      6:8

### H

Hammond   10:24
handle   9:11
happen   9:1
hardware   8:24
hear   11:12
Hey   5:16
housekeeping   5:17

### I

inability   10:1
information   11:21
inhibited   5:19
interact   7:1   8:24
interacted   7:4
interrupt   5:25
introduce   7:19
involvement   9:14,16
issues   6:16

### J

Jhostin   6:15
job   8:14   9:9   11:6
Johnston   6:19

### K

KEATING   12:1
knew   6:16

### L

lack   10:4
languages   8:25
lawyers   5:17
lead   10:21,24
Limitedly   6:12
local   7:17
Lodge   10:16   11:18
Lodge's   11:22

### M

manager   6:17   7:8,9,13,15,17   10:21,23
matter   11:4
meanings   8:8
Minimally   7:3
month   7:6

### N

needed   11:5
norm   11:4
norms   10:1

November   5:4   7:10   8:19
Nunez   6:19

### O

occurred   11:9
odd   11:15
Omar   10:16   11:18
opinion   9:20,23,25   11:21
order   9:10   11:6
owner   10:10

### P

p.m.   5:4   12:8
part   8:23
people   7:12
performance   9:19,25   10:12
pertained   8:25
plaintiff   6:14
position   7:7
Potentially   10:17
preparation   6:5
prepare   6:3
present   5:8
pretty   5:23
products   7:19
provide   7:18

### Q

QA   8:12,22   10:6
question   5:18
questions   11:15   12:1
Quinones   6:15,22   8:10   11:11
Quinones's   8:1   9:6,14,19   10:12

### R

Rabinowitz   10:23
reason   5:18
recall   6:21   9:18
recording   5:5   12:4
REID   5:15   11:24
relate   11:2
relationship   6:22   8:14,16,18,20

relationships 7:17
relay  10:11
remember  10:15 11:10
remotely  5:9 9:10
repeat  8:5
reporter  5:8, 22
resolve  9:10
resolved  11:3, 6
respond  10:7
retaining  7:19
revenue  7:20
review  6:9
role  7:16

**S**

Salesforce  9:8
session  6:5
sexuality  11:22
short  5:23
software  8:25
solved  9:5
sounds  6:20 11:15
specifically 10:3
stipulated  5:7
success  7:8,9, 13,15,16
supervisor  6:17
support  8:3,6, 25
supposed  10:6, 7
swear  5:9
sworn  5:10, 12,22
system  9:8

**T**

tag  10:5
taking  5:23,24
talk  7:12
talked  6:8
talking  8:4
team  8:1,3,5, 10,14,15,18, 22,23 9:3,6, 8 10:5
team's  9:9
technician  9:11
terminated  11:11
termination 9:15 11:12
terms  9:20
testifying  5:19
thing  9:12 11:1
things  5:17
time  8:20,24
timely  11:4
today  5:20 6:4
told  11:1
training  7:18
truthfully  5:19
turned  5:6 12:5
type  11:16

**U**

ultimately  7:19
understand  9:2

**V**

videoconference  5:3 12:7

**W**

ways  8:2
words  7:14
work  9:10
worked  6:24

**Y**

y'all  9:5

**Z**

Zach  6:6
ziegler  7:23
Zoom  5:5 12:4