# EXHIBIT F – DECLARATIONS

Docusign Envelope ID: D6D04971-8F21-40F7-9BCB-18E19096D5F6

1:24-CV-01319-TWT-CMS

# DECLARATION OF SAMMER KAZWAH

1. I, Sammer Kazwah, swear to the below statements, based upon my personal knowledge of the facts discussed in this declaration:

2. I am at least 18 years old and have personal knowledge of the facts set forth in this declaration, and could and would testify competently to them under oath if called as a witness. I am voluntarily giving this declaration. I have not been promised any benefit, coerced, or threatened in any way in exchange for the testimony in this declaration.

3. In November 2023, I was employed at Flock Group, Inc. as a Device Support Engineer II.

4. On or about November 2, 2023, I was on a group video meeting with Omar Lodge and Jhostin Quinones, among others.

5. It was common practice to hold frequent group video meetings within our team.

6. During this meeting, Jhostin Quinones's face appeared in the corner of his screen, and it was hard to see him.

7. Omar Lodge asked Jhostin Quinones to center his face in the camera, consistent with Flock's practices that all participants are clearly visible on video calls.

8. After Omar Lodge requested Jhostin Quinones to center his face in the camera, Jhostin Quinones refused and began arguing with Omar Lodge.

9. After this argument, Jhostin Quinones abruptly logged off the video call.

10. I do not think Omar Lodge's requests for Jhostin Quinones to center his face in his camera were strange.

11. I do not believe any request from Omar Lodge to Jhostin Quinones during this video call was sexual in nature.

Docusign Envelope ID: D6D04971-8F21-40F7-9BCB-18E19096D5F6

12.  I understand that I am not required to provide the testimony in this declaration. I have provided this declaration voluntarily without any promise of benefit or threat of any kind. Prior to signing this declaration, I had a full opportunity to carefully review this declaration and freely make any corrections and additions of any kind. I swear that the information I have provided in this declaration is true and correct.

**I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on December 2, 2024 in Fulton County, Georgia.

*Sammer Kazwah*
54C7BDD769CA4CD...

Sammer Kazwah

CONFIDENTIAL                                                                                              FLOCK 000345

Docusign Envelope ID: 35518066-7D23-4FAE-80EE-E365F68D0504

1:24-CV-01319-TWT-CMS

## DECLARATION OF MICHELLE SHARP-KINASCHUK

1. I, Michelle Sharp-Kinaschuk, swear to the below statements, based upon my personal knowledge of the facts discussed in this declaration:

2. I am at least 18 years old and have personal knowledge of the facts set forth in this declaration, and could and would testify competently to them under oath if called as a witness. I am voluntarily giving this declaration. I have not been promised any benefit, coerced, or threatened in any way in exchange for the testimony in this declaration.

3. In November 2023, I was employed at Flock Group, Inc. as a Device Support Engineer I.

4. On or about November 2, 2023, I was on a group video meeting with Omar Lodge and Jhostin Quinones, among others.

5. It was common practice to hold frequent group video meetings within our team.

6. During this meeting, Jhostin Quinones's face appeared in the side of his screen, and it was hard to see him.

7. Omar Lodge asked Jhostin Quinones to center his face in the camera, consistent with Flock's practices that all participants are clearly visible on video calls.

8. After Omar Lodge requested Jhostin Quinones to center his face in the camera, Jhostin Quinones refused and began arguing with Omar Lodge.

9. After this argument, Jhostin Quinones abruptly logged off the video call.

10. I do not think Omar Lodge's requests for Jhostin Quinones to center his face in his camera were strange.

11. I do not believe any request from Omar Lodge to Jhostin Quinones during this video call was sexual in nature.

Docusign Envelope ID: 35518066-7D23-4FAE-80EE-E365F68D0504

12. I understand that I am not required to provide the testimony in this declaration. I have provided this declaration voluntarily without any promise of benefit or threat of any kind. Prior to signing this declaration, I had a full opportunity to carefully review this declaration and freely make any corrections and additions of any kind. I swear that the information I have provided in this declaration is true and correct.

**I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on December 2, 2024 in Washtenaw County, Michigan.

Signed by: Michelle Sharp
4A983955541B421...

Michelle Sharp-Kinaschuk

CONFIDENTIAL                                                    FLOCK 000347

Docusign Envelope ID: 5C26194D-5A7C-427E-B356-B5908BA87C30

# DECLARATION OF MIA GONZALEZ

1. I, Mia Gonzalez, swear to the below statements, based upon my personal knowledge of the facts discussed in this declaration:

2. I am at least 18 years old and have personal knowledge of the facts set forth in this declaration, and could and would testify competently to them under oath if called as a witness. I am voluntarily giving this declaration. I have not been promised any benefit, coerced, or threatened in any way in exchange for the testimony in this declaration.

3. In November 2023, I was employed at Flock Group, Inc. as a Device Support Engineer I.

4. On or about November 2, 2023, I was on a group video meeting with Omar Lodge and Jhostin Quinones, among others.

5. It was common practice to hold frequent group video meetings within our team.

6. During this meeting, Jhostin Quinones's face appeared in the side of his screen, and it was hard to see him.

7. Omar Lodge asked Jhostin Quinones to center his face in the camera, consistent with Flock's practices that all participants are clearly visible on video calls.

8. After Omar Lodge requested Jhostin Quinones to center his face in the camera, Jhostin Quinones refused and began arguing with Omar Lodge.

9. After this argument, Jhostin Quinones abruptly logged off the video call.

10. I do not think Omar Lodge's requests for Jhostin Quinones to center his face in his camera were strange.

11. I do not believe any request from Omar Lodge to Jhostin Quinones during this video call was sexual in nature.

Docusign Envelope ID: 5C26194D-5A7C-427E-B356-B5908BA87C30

12.    I understand that I am not required to provide the testimony in this declaration. I have provided this declaration voluntarily without any promise of benefit or threat of any kind. Prior to signing this declaration, I had a full opportunity to carefully review this declaration and freely make any corrections and additions of any kind. I swear that the information I have provided in this declaration is true and correct.

**I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on December 2, 2024 in Cook County, Illinois.

*Signed by:*
*Mia Gonzalez*
35F47B2289AF42F...

Mia Gonzalez

CONFIDENTIAL     FLOCK 000349