UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JHOSTIN QUINONES,
    Plaintiff,

vs.

FLOCK GROUP, INC.,
    Defendant.

CIVIL ACTION FILE

NO. 1:24-cv-01319-TWT

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation recommending granting defendant's motion for summary judgment, and the Court having adopted the same, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 2nd day of June, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Traci Clements Campbell
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 2, 2025
Kevin P. Weimer
Clerk of Court

By: s/Traci Clements Campbell
    Deputy Clerk